**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GRINNELL MUTUAL
REINSURANCE COMPANY,

Plaintiff,

v.

HERITAGE INSURANCE AGENCY,
a Minnesota corporation,

Defendant.

Civil No. 00-1632 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Leatha Wolter, Esq., Jennifer Ampulski, Esq., and Melissa Riethof, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Plaintiff.

James Redman, Esq., Bassford Lockhart Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 30, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________