**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**JUDGE FRANK/MAGISTRATE JUDGE BOYLAN**
**FOURTH DIVISION**

---

Civil Action No.: 00-1632-DWF/AJB

Grinnell Mutual Reinsurance Company,

Plaintiff,

v.

Heritage Insurance Agency,

Defendant.

**STIPULATION OF DISMISSAL AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Grinnell Mutual Reinsurance Company ("Plaintiff"), and defendant, Heritage Insurance Agency ("Defendant"), by their respective undersigned attorneys, that pursuant to an amicable adjustment of the issues involved herein, the action above entitled *Grinnell Mutual Reinsurance Company v. Heritage Insurance Agency*, as to all of the claims of the Plaintiff against Defendant may be and hereby are dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal as to the claims of Plaintiff against Defendant with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**MEAGHER & GEER, P.L.L.P.**

Dated: 11/19/01

By [signature]
Leatha G. Wolter (License #175614)
Attorneys for Plaintiff Grinnell Mutual Reinsurance Company
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 26 2001
DEPUTY CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/21/01

By ______________________

James D. Redman (License #90013)
Attorneys for Defendant Heritage Insurance Agency
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same is hereby dismissed, without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: 11/26/01

By ______________________

Donovan Frank
Judge of U.S. District Court

301013.WPD